FILED - USDC - FLMD - JAX
AUG 20 2026 PM2:24

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

v. CASE NO. 3:26-cr-191-WWB-LLL
18 U.S.C. § 111(a)(1) & (b)

MARCUS GREEN

**INDICTMENT**

The Grand Jury charges:

**COUNT ONE**
**(Forcible Assault Against a Federal Employee)**

On or about October 17, 2025, in the Middle District of Florida, the defendant,

MARCUS GREEN,

using a deadly or dangerous weapon, that is, a boxcutter, did intentionally and forcibly assault, resist, oppose, impede, intimidate, and interfere with an employee of the United States and of an agency in a branch of the United States Government, that is, the United States Postal Service, while such employee was engaged in and on account of the performance of official duties.

In violation of 18 U.S.C. § 111(a)(1) and (b).

A TRUE BILL,

[redacted]

Foreperson

GREGORY W. KEHOE
United States Attorney

By: Elizabeth C. Brown
Assistant United States Attorney

By: Michael Coolican
Assistant United States Attorney
Chief, Jacksonville Division

FORM OBD-34
8/17/26 Revised

No.

UNITED STATES DISTRICT COURT
Middle District of Florida
Jacksonville Division

THE UNITED STATES OF AMERICA

vs.

MARCUS GREEN

INDICTMENT

Violations: 18 U.S.C. § 111(a)(1)

A true bill [redacted]

Foreperson

Filed in open court this 20th day

of August, 2026.

Clerk

Bail $__________

GPO 863 525